UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br>a Washington corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>DSD SOLUTIONS, INC., a California corporation dba DESTINED DESIGN;<br>DUY L. PAN, an individual; and DOES 1-5,<br><br>     Defendants. | CASE NO. 15CV-01690 MCE CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND PRETRIAL DEADLINE** |

  Having considered the parties' Stipulation to Extend Pretrial Deadline, it is hereby ordered that the existing discovery cut-off date of April 4, 2016, shall be continued to May 25, 2016.

  IT IS SO ORDERED.

Dated: February 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

8E1805EB.doc

**ORDER**
**CASE NO. 15CV-01690 MCE CKD**