Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

CURTIS R. TINGLEY (SBN 112322)
*ctingley@tingleylawgroup.com*
STEPHEN D. COLLINS (SBN 277482)
*scollins@tingleylawgroup.com*
KEVIN W. ISAACSON (SBN 281067)
*kisaacson@tingleylawgroup.com*
TINGLEY LAW GROUP, PC
10 Almaden Boulevard, Suite 960
San Jose, California 95113
Telephone:     (408) 283-7000
Facsimile:      (408) 283-7010

Attorneys for Defendants
DSD SOLUTIONS INC. and DUY L. PAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DSD SOLUTIONS INC., a California corporation dba DESTINED DESIGN; DUY L. PAN, an individual; and DOES 1-5,<br><br>Defendants. | CASE NO. 15CV-01690 MCE CKD<br><br>**STIPULATION TO EXTEND DISCOVERY AND MOTION DEADLINES; ORDER** |

Defendants DSD SOLUTIONS INC. and DUY L. PAN (hereinafter "Defendants") and

Plaintiff MICROSOFT CORPORATION (hereinafter "Plaintiff") (Plaintiff and Defendants are

**STIPULATION TO EXTEND DISCOVERY AND
MOTION DEADLINES
CASE NO. 15CV-01690 MCE CKD**

41826-5600.0146/130542545.1

hereinafter collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on December 14, 2015, the Court issued a Scheduling Order which included the following deadlines:

| | |
|---|---|
| Discovery Cut-Off Date | April 4, 2016 |
| Deadline for Initial Designation of Expert Witnesses | June 3, 2016 |
| Deadline for Designation of Rebuttal Expert Witnesses | July 5, 2016 |
| Dispositive Motion Hearing Cut-Off Date | September 29, 2016 |
| Final Pretrial Conference Statement | January 26, 2017 |
| Final Pretrial Conference | February 16, 2017 |
| Trial | April 2, 2017 |

WHEREAS, Defendants and Defendants' insurance carrier are engaged in an ongoing dispute regarding the scope of Defendants' insurance coverage;

WHEREAS, pending the resolution of the ongoing dispute regarding the scope of Defendants' insurance coverage, Defendants' insurance carrier will not participate in this action in any way, including attendance at any mediation;

WHEREAS, it does not appear that the dispute between Defendants and their insurer regarding coverage will be resolved by the week of April 18, 2016, when Plaintiff and Defendants had agreed to mediate the instant copyright and trademark infringement case;

WHEREAS, the Parties agree that they will participate in a mediation prior to the Discovery Cut-Off;

WHEREAS, the Parties agree that an additional 44 days to do discovery will allow (1) Defendants to have time to resolve their insurance dispute; (2) the Parties to conserve resources by staying written discovery between them until mediation can take place; (3) the Parties to participate in a meaningful mediation, which will maximize the possibility of settlement and

1  serve judicial economy; and (4) the Parties to do additional discovery in the event that they are
2  unable to reach an amicable resolution at the mediation;
3         WHEREAS, the Parties have made one prior request to the Court for an extension of the
4  fact Discovery Cut-Off due to Defendants' insurance coverage dispute, which the Court granted;
5         WHEREAS, the Parties have not requested previously and are not requesting now a
6  continuance of the pretrial conference or trial dates;
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

- 3 -  **STIPULATION TO EXTEND DISCOVERY AND MOTION DEADLINES**
**CASE NO. 15CV-01690 MCE CKD**

41826-5600.0146/130542545.1

GOOD CAUSE is hereby shown, and IT IS HEREBY STIPULATED by and between the Parties, that the following continuance be effectuated:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cut-Off | May 25, 2016 | July 8, 2016 |
| Deadline for Initial Designation of Expert Witnesses (Per FRCP 26) | June 3, 2016 | July 15, 2016 |
| Deadline for Designation of Rebuttal Expert Witnesses | July 5, 2016 | August 12, 2016 |
| Dispositive Motion Hearing Cut-Off | September 29, 2016 | November 18, 2016 |

Dated:  April 8, 2016                           TINGLEY LAW GROUP, PC


By: /s/ Stephen Collins
    (as authorized on 4/8/2016).
    STEPHEN D. COLLINS
    Attorneys for Defendants

Dated:  April 8, 2016                           PERKINS COIE LLP


By: /s/ Audra M. Mori
    Audra M. Mori
    Attorneys for Plaintiff
    MICROSOFT CORPORATION

**IT IS SO ORDERED.**

Dated:  April 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 4 -    STIPULATION TO EXTEND DISCOVERY AND MOTION DEADLINES
CASE NO. 15CV-01690 MCE CKD

41826-5600.0146/130542545.1