UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br>a Washington corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>DSD SOLUTIONS INC., a California<br>corporation dba DESTINED DESIGN;<br>DUY L. PAN, an individual; and DOES 1-5,<br><br>            Defendants. | CASE NO. 15CV-01690 MCE CKD<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO COMPLETE DEPOSITIONS** |

Having considered the Stipulation Extending Time to Complete Depositions,

IT IS HEREBY ORDERED that Defendants are hereby given until September 9, 2016, to complete the following depositions beyond the Fact Discovery Cut-Off:

(1)   30(b)(6) Witness for Plaintiff

(2)   Cindy Yard

(3)   Michael Fuller

(4)   Kevin Stephenson

/ / /

/ / /

7C3DD2A9.doc

**ORDER**
**CASE NO. 15CV-01690 MCE CKD**

TINGLEY LAW GROUP
ATTORNEYS AT LAW

1  IT IS FURTHER ORDERED that Plaintiff is hereby given until September 9, 2016, to
2 conduct up to three additional depositions beyond the Fact Discovery Cut-Off.
3  IT IS SO ORDERED.
4 Dated: June 22, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE