1  Audra M Mori, Bar No. 162850
   Amori@perkinscoie.com
2  Katherine M. Dugdale, Bar No. 168014
   Kdugdale@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067
   Telephone: 310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Plaintiff
   MICROSOFT CORPORATION
7

8  Stephen D. Collins, Bar No. 277248
   scollins@tingleylawgroup.com
9  Curtis R. Tingley, Bar No. 112322
   ctingley@tingleylawgroup.com
10 Kevin W. Isaacson, Bar No. 281067
   kisaacson@tingleylawgroup.com
11 TINGLEY LAW GROUP, PC
   10 Almaden Boulevard, Suite 430
12 San Jose, California 95113
   Telephone:     408.283.7000
13 Facsimile:      408.283.7010

14 Attorneys for Defendants
   DSD SOLUTIONS INC. d/b/a DESTINED
15 DESIGN and DUY L. PAN

16

17                    **UNITED STATES DISTRICT COURT**

18                    **EASTERN DISTRICT OF CALIFORNIA**

19

| 20 | MICROSOFT CORPORATION, a Washington corporation | Case No.  15-cv-01690-MCE-CKD |
|---|---|---|
| 21 | Plaintiff, | |
| 22 | v. | **JOINT REQUEST FOR SETTLEMENT CONFERENCE AND STIPULATION TO CONTINUE DEADLINES; ORDER** |
| 23 | DSD SOLUTIONS INC., a California corporation d/b/a DESTINED DESIGN; DUY L. PAN, an individual; and DOES 1-5, | |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |

27

28

131990846.4

1    Plaintiff MICROSOFT CORPORATION (hereinafter "Plaintiff") and Defendants DSD

2    SOLUTIONS INC. and DUY L. PAN (hereinafter "Defendants") (Plaintiff and Defendants are

3    hereinafter collectively referred to as the "Parties"), by and through their counsel of record,

4    stipulate and jointly request (1) that a settlement conference be scheduled to take place in or about

5    November 2016 in this case and (2) that the existing deadlines in this case be extended in order

6    for the settlement conference to be meaningful.

7    The Parties have engaged in extensive written discovery and taken the deposition of the

8    30(b)(6) witness for DSD SOLUTIONS, INC.  The Parties have additional depositions to

9    conduct, including numerous depositions of third parties in Pennsylvania and the 30(b)(6) witness

10   of Plaintiff.  However, the Parties have been and continue to be interested in discussing settlement

11   of this matter.

12   Previously, in order to give the Defendants time to resolve a dispute with their insurer and

13   to participate in alternative dispute resolution, the Parties received an extension to do certain

14   depositions approximately two months after the discovery cutoff and an extension of

15   approximately three weeks to the dispositive motion hearing cut-off date.  (Dkt. Nos. 18 and 22.)

16   However, they have not previously requested an extension of the Pretrial Conference or Trial

17   dates in this matter.

18   The Parties now stipulate and jointly request that a settlement conference be set before a

19   magistrate judge[1] no later than December 1 of this year.  Pursuant to Local Rule 270(a), the

20   Parties stipulate that in order to make the settlement conference meaningful, it should take place

21   prior to the time that they must incur the costs of numerous depositions across the country and

22   summary judgment motions, so that they may put their resources and time toward settlement.

23   Currently, the deadline to conduct certain depositions is September 9, 2016 (Dkt. No. 22) and the

24   time to file a summary judgment is on or about September 22, 2016.  (See, Dkt. No. 18 re:

25

26   [1]    Previously, the parties had agreed to participate in a private mediation prior to the
     discovery cutoff.  (See, e.g., Dkt. No. 18.)  Defendants have suggested a settlement conference
27   instead of a mediation, so that they may put resources that would be spent on a mediation toward
     settlement.  The parties decline to waive disqualification, pursuant to Local Rule 270(b), of the
28   assigned Judge or Magistrate Judge, such that the requested settlement conference will take place
     before a different judge.

1  hearing cutoff date of November 18, 2016.)  The parties stipulate and jointly request that these

2  deadlines be extended by three to four months in order to give them time to participate in a

3  meaningful settlement conference.  Because Microsoft intends to file a summary judgment

4  motion, which the Court will need time to rule upon and which may impact any trial in this

5  matter, the Parties similarly jointly stipulate and request, for the first time, to continue the Pretrial

6  Conference and the Trial Date.  The requested dates are as follows:

7

8

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Settlement Conference | | November 2016 |
| Deadline for Deposition of Certain Witnesses as described in the Court's order dated June 22, 2016 (Dkt. No. 22) | September 9, 2016 | December 16, 2016 |
| Dispositive Motion Hearing Cut-Off Date (Dkt. No. 18) | November 18, 2016 | March 3, 2017 |
| Final Pretrial Conference Statement | January 26, 2017 | May 18, 2017 |
| Evidentiary and Procedural Motions, Oppositions and Replies | January 26, 2017; February 2, 2017; February 9, 2017 | May 18, 2017; May 25, 2017, June 1, 2017 |
| Pretrial Conference Date | February 16, 2017 | June 8, 2017 |
| Trial | April 3, 2017 | July 24, 2017 |

16  DATED:  August 4, 2016                    **PERKINS COIE** LLP

18                                            By: /s/ Audra Mori
                                                  Audra Mori

20                                            Attorneys for Plaintiff
                                              MICROSOFT CORPORATION

21  DATED:  August 4, 2016                    **TINGLEY LAW GROUP,** PC

23                                            By: /s/ Stephen D. Collins
                                                  (as authorized on 8/3/2016)
24                                                Stephen D. Collins

25                                            Attorneys for Defendants
                                              DSD Solutions Inc., dba Destined Design, and
26                                            Duy L. Pan

27

28

1

**ORDER**

2    The Court hereby adopts the parties' stipulation as its order.  Judge Gregory G. Hollows

3  has been randomly assigned to conduct a settlement conference in this case.  Despite the parties'

4  general request for a November status conference date, the Court declines to set that conference

5  now.  Instead, not later than seven (7) days following the date that this order is electronically

6  filed, Counsel are directed to contact Judge Hollows chambers to schedule that conference

7  directly.

8    Counsel is instructed to have a principal with full settlement authority present at the

9  settlement conference or to be fully authorized to settle the matter on any terms.  Not later than

10  one week prior to the settlement conference, counsel for each party shall submit to the chambers

11  of Judge Hollows a Confidential Settlement Conference Statement.  Such statements are neither

12  to be filed with the Clerk nor served on opposing counsel.  Each party, however, shall serve

13  notice on all other parties that the statement has been submitted.  The Confidential Settlement

14  Conference Statement shall not be disclosed to the trial judge.

15    IT IS SO ORDERED.

16  Dated:  August 11, 2016

17

18  _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

131990846.4

-3-