1  Audra M Mori, Bar No. 162850
   Amori@perkinscoie.com
2  Katherine M. Dugdale, Bar No. 168014
   Kdugdale@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067
   Telephone: 310.788.9900
5  Facsimile:   310.788.3399

6  Attorneys for Plaintiff
   MICROSOFT CORPORATION
7

8  Stephen D. Collins, Bar No. 277248
   scollins@tingleylawgroup.com
9  Curtis R. Tingley, Bar No. 112322
   ctingley@tingleylawgroup.com
10 Kevin W. Isaacson, Bar No. 281067
   kisaacson@tingleylawgroup.com
11 TINGLEY LAW GROUP, PC
   10 Almaden Boulevard, Suite 430
12 San Jose, California 95113
   Telephone:    408.283.7000
13 Facsimile:    408.283.7010

14 Attorneys for Defendants
   DSD SOLUTIONS INC. d/b/a DESTINED
15 DESIGN and DUY L. PAN

16

17                     **UNITED STATES DISTRICT COURT**

18                     **EASTERN DISTRICT OF CALIFORNIA**

19

20 | MICROSOFT CORPORATION, a | Case No.  15-cv-01690-MCE-CKD |
   | Washington corporation | |
21 | | |
   | Plaintiff, | |
22 | | **[PROPOSED]** ORDER RE: SETTLEMENT |
   | v. | CONFERENCE |
23 | | |
   | DSD SOLUTIONS INC., a California | |
24 | corporation d/b/a DESTINED DESIGN; | |
   | DUY L. PAN, an individual; and DOES 1- | |
25 | 5, | |
   | | |
26 | Defendants. | |

27

28

41826-5600.0146/132637644.1

Pursuant to the Order of Judge Morrison C. England, Jr., entered on August 11, 2016, a settlement conference will occur in this case on February 2, 2017, beginning at 9:00 a.m., at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA  95814, Courtroom 9, 13th Floor.  Instructions for counsel concerning the presence of party representatives and Confidential Settlement Conference Statements are contained in Judge England's Order.  If a party requires approval by an insurer to settle, then a representative of the insurer who is authorized to negotiate and who has full settlement authority must also attend.

IT IS SO ORDERED.

**Dated: September 15, 2016**

**/s/ Gregory G. Hollows**
**UNITED STATES MAGISTRATE JUDGE**