Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

Curtis R. Tingley, Bar No. 112322
ctingley@tingleylawgroup.com
Kevin W. Isaacson, Bar No. 281067
kisaacson@tingleylawgroup.com
TINGLEY LAW GROUP, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:   408.283.7000
Facsimile:   408.283.7010

Attorneys for Defendants
DSD SOLUTIONS INC. d/b/a DESTINED DESIGN and
DUY L. PAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DSD SOLUTIONS INC., a California corporation d/b/a DESTINED DESIGN; DUY L. PAN, an individual; and DOES 1-5,<br><br>　　　　　Defendants. | Case No. 15-cv-01690-MCE-CKD<br><br>**STIPULATION FOR PERMANENT INJUNCTION; ORDER** |

133672985.1

STIPULATION AND ORDER FOR PERMANENT INJUNCTION

1   Plaintiff Microsoft Corporation ("Microsoft"), and Defendants DSD Solutions Inc., a
2   California corporation doing business as Destined Design, and Duy Pan, an individual
3   (collectively, "Defendants"), hereby stipulate that Defendants, along with their officers, agents,
4   servants, and employees, and all those persons or entities acting in concert or participation with
5   them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

6   (a) unauthorized imitating, copying, or making any other infringing use or infringing
7   distribution of software programs, components, end user license agreements ("EULA"),
8   certificates of authenticity ("COAs"), or things protected by Microsoft's registered trademarks
9   and service mark, including, but not limited to, the following Trademark Registration Nos.:

10  (1) 1,200,236 ("MICROSOFT");
11  (2) 1,256,083 ("MICROSOFT");
12  (3) 3,625,391 ("MICROSOFT OFFICE");
13  (4) 4,459,826 (OFFICE 2012 DESIGN);
14  (5) 3,238,869 ("ACCESS");
15  (6) 4,365,955 (ACCESS LAUNCH ICON);
16  (7) 2,942,050 ("EXCEL");
17  (8) 4,355,451 (EXCEL LAUNCH ICON);
18  (9) 2,890,260 ("INFOPATH");
19  (10) 4,355,447 (INFOPATH LAUNCH ICON);
20  (11) 4,003,879 ("LYNC");
21  (12) 4,433,545 (LYNC LAUNCH ICON);
22  (13) 2,844,710 ("ONENOTE");
23  (14) 4,351,584 (ONENOTE LAUNCH ICON);
24  (15) 2,188,125 ("OUTLOOK");
25  (16) 4,355,446 (OUTLOOK LAUNCH ICON);
26  (17) 1,475,795 ("POWERPOINT");
27  (18) 4,385,388 (POWERPOINT LAUNCH ICON);
28  (19) 4,355,448 (PUBLISHER LAUNCH ICON); and

    (20) 4,355,444 (WORD LAUNCH ICON);

or the software programs, components, EULAs, COAs, or things protected by following Certificate of Copyright Registration Nos.:

    (1) TX 7-649-882 ("Office 2013");

    (2) TX 7-674-730 ("Word 2013");

    (3) TX 7-751-917 ("Excel 2013");

    (4) TX 7-751-911 ("PowerPoint 2013");

    (5) TX 7-751-910 ("OneNote 2013");

    (6) TX 7-700-066 ("Outlook 2013");

    (7) TX 7-674-731 ("Publisher 2013");

    (8) TX 7-751-913 ("Access 2013"); and

    (9) TX 7-206-468 ("InfoPath 2010");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

  (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, or thing bearing any unauthorized simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

  (c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software program, component, EULA, COA, or thing not authorized or licensed by Microsoft;

  (d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software program, component, EULA, COA, or thing has been manufactured, produced, distributed, offered for

distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

  (e) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights; and

  (f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.  This includes, but is not limited to, designing, registering, maintaining, fulfilling orders for, providing customer service for, or taking payments for websites that distribute infringing copies of Microsoft software.

**IT IS SO STIPULATED**.

Dated: _____ __, 201__    DSD SOLUTIONS INC., a California corporation d/b/a DESTINED DESIGN

_____
By:

Dated: _____ __, 201__    DUY L. PAN, an individual

_____
By:

Dated: _____ __, 201__    MICROSOFT CORPORATION, a Washington corporation

_____
By:

Approved as to form and submitted by:

Dated: January 24, 2017                                      PERKINS COIE LLP


By:  /s/ Audra Mori
     Audra Mori
     Attorneys for Plaintiff MICROSOFT
     CORPORATION


Dated: January 24, 2017                                      TINGLEY LAW GROUP, PC


By:  /s/ Stephen D. Collins (as authorized on 1/24/17)
     Stephen D. Collins
     Attorneys for Defendants DSD SOLUTIONS
     INC., a California corporation d/b/a DESTINED
     DESIGN and DUY L. PAN, an individual


**ORDER**

IT IS SO ORDERED.

Dated: January 25, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE