| | |
|---|---|
| 1 | Audra M. Mori, Bar No. 162850 |
| | AMori@perkinscoie.com |
| 2 | Katherine M. Dugdale, Bar No. 168014 |
| | KDugdale@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 5 | Facsimile:  310.788.3399 |
| | Attorneys for Plaintiff |
| 6 | MICROSOFT CORPORATION |

CURTIS R. TINGLEY (SBN 112322)
*ctingley@tingleylawgroup.com*
STEPHEN D. COLLINS (SBN 277482)
*scollins@tingleylawgroup.com*
KEVIN W. ISAACSON (SBN 281067)
*kisaacson@tingleylawgroup.com*
TINGLEY LAW GROUP, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:     (408) 283-7000
Facsimile:      (408) 283-7010
Attorneys for Defendants
DSD SOLUTIONS INC.; DUY L. PAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DSD SOLUTIONS INC., a California corporation dba DESTINED DESIGN; DUY L. PAN, an individual; and DOES 1-5,<br><br>Defendants. | CASE NO. 15CV-01690 MCE CKD<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR VACATION OF PENDING DEADLINES AND DATES** |

NOTICE IS HEREBY GIVEN, in accordance with Local Rule 160, to this Court, that the parties, and each of them, have come to an agreement in principle whereby all claims relative to the above-entitled action will be settled in their entirety, and the parties respectfully request this Court take notice of same.

TINGLEY LAW GROUP
ATTORNEYS AT LAW

JOINT NOTICE OF SETTLEMENT
CASE NO. 15CV-01690 MCE CKD

134247285.1

The parties anticipate submitting the necessary stipulations to dispose of this matter to the Court within the next 21 days.

WHEREFORE, the parties respectfully request 21 days within which to file the documents disposing of the action and that all pending deadlines, hearings, and trial dates, including the settlement conference scheduled for February 9, 2017, be vacated.

Dated: January 24, 2017                    PERKINS COIE, LLP

                                           By:/s/ Audra M. Mori
                                               AUDRA M. MORI
                                               Attorneys for Plaintiff

Dated: January 24, 2017                    TINGLEY LAW GROUP, PC

                                           By:/s/ Stephen D. Collins (as authorized on 1/24/17)
                                               STEPHEN D. COLLINS
                                               Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: January 25, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE