1 | Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
2 | Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
3 | PERKINS COIE LLP
1888 Century Park E., Suite 1700
4 | Los Angeles, CA  90067-1721
Telephone:  310.788.9900
5 | Facsimile:  310.788.3399

6 | Attorneys for Plaintiff
MICROSOFT CORPORATION

Curtis R. Tingley, Bar No. 112322
8 | ctingley@tingleylawgroup.com
Kevin W. Isaacson, Bar No. 281067
9 | kisaacson@tingleylawgroup.com
TINGLEY LAW GROUP, PC
10 | 10 Almaden Boulevard, Suite 430
San Jose, California 95113
11 | Telephone:     408.283.7000
Facsimile:      408.283.7010

Attorneys for Defendants
13 | DSD SOLUTIONS INC. d/b/a DESTINED DESIGN and
DUY L. PAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DSD SOLUTIONS INC., a California corporation d/b/a DESTINED DESIGN; DUY L. PAN, an individual; and DOES 1-5,<br><br>　　　　　　　　Defendants. | Case No. 15-cv-01690-MCE-CKD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

133672989.1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1   WHEREAS Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft"), and Defendants DSD Solutions Inc., a California corporation doing business as Destined Design, and Duy Pan, an individual ("Defendants"), have settled the above-captioned matter; and

   WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

   IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants DSD Solutions Inc., a California corporation doing business as Destined Design, and Duy Pan, an individual, shall be dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

   IT IS HEREBY FURTHER STIPULATED that the Court shall retain jurisdiction to enforce the Permanent Injunction that it has entered and the Settlement Agreement between the parties.

   IT IS SO STIPULATED.

Dated:  February 10, 2017            PERKINS COIE LLP

                                     By:  /s/ Audra Mori
                                          Audra Mori
                                          Attorneys for Plaintiff MICROSOFT
                                          CORPORATION

Dated:  February 2, 2017             TINGLEY LAW GROUP, PC

                                     By:  /s/ Stephen D. Collins (as authorized on 2/2/2017)
                                          Stephen D. Collins
                                          Attorneys for Defendants DSD SOLUTIONS
                                          INC., a California corporation d/b/a DESTINED
                                          DESIGN and DUY L. PAN, an individual

   IT IS SO ORDERED.

Dated:  February 16, 2017

                                     _____
                                     MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE